WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CALIFORNIA 94105-1260

JOHN F. STANLEY, SUPERVISORY TRIAL ATTORNEY
DAMIEN A. LEE, SENIOR TRIAL ATTORNEY
MOLLY KŰÇŰK, SENIOR TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
Damien.Lee@eeoc.gov and molly.kucuk@eeoc.gov
Tel:  (206) 220-6915 and Tel:  (206) 220-6892
Fax: (206) 220-6911

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC HOSPITALITY, LLC, d/b/a LA QUINTA INN FEDERAL WAY, and SEASONS HOTEL, LLC, d/b/a BEST WESTERN TACOMA DOME HOTEL,<br><br>Defendants. | CIVIL ACTION NO.<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

COMPLAINT- Page 1 of 7

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and religion, and to provide appropriate relief to Ms. Jennifer Watson, Ms. Dana Miller and a class of similarly situated female employees of defendant Pacific Hospitality, LLC, f/d/b/a La Quinta Inn Federal Way (now d/b/a the "Best Western Evergreen Inn," hereinafter "Pacific Hospitality"), and/or defendant Seasons Hotel, LLC, d/b/a Best Western Tacoma Dome Hotel (hereinafter, "Seasons"), who were adversely affected by such practices. The Equal Employment Opportunity Commission alleges that one or both co-defendants subjected Ms. Watson to a hostile work environment based on her race, sex and/or pregnancy, and then constructively discharged her, and also subjected a similarly situated female employee to harassment based on her sex and pregnancy, and then constructively discharged her. The EEOC also claims that one or both co-defendants subjected Ms. Miller and a class of similarly situated female employees to a hostile work environment based on their sex and/or religion, and then discharged them or constructively discharged them. Plaintiff seeks monetary and injunctive relief for Ms. Watson, Ms. Miller and these female employees, including pecuniary and nonpecuniary compensatory damages and punitive damages.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 703(a), 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-2,

COMPLAINT- Page 2 of 7

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2.  The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3.  Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4.  At all relevant times, defendants Pacific Hospitality and Seasons have each been a corporation continuously doing business in the State of Washington and have continuously had at least 15 employees.

5.  At all relevant times, defendants Pacific Hospitality and Seasons have each continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6.  More than thirty days prior to the institution of this lawsuit, Charging Parties on EEOC Charge No. 38F-2009-0020 (Jennifer Watson) and EEOC Charge No. 551-2010-00233 (Dana Miller), on which this complaint is based, filed said charges with the Commission alleging violations of Title VII by defendants Pacific Hospitality and/or Seasons. All conditions precedent to the institution of this lawsuit have been fulfilled.

**COMPLAINT-** Page 3 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

7.      From at least September 2007, Pacific Hospitality and/or Seasons engaged in unlawful employment practices at its La Quinta-Federal Way and/or Best Western Tacoma Dome location in violation of § 703(a) of Title VII, 42 U.S.C. § 2000e-2(a).  Defendants engaged in these unlawful practices by subjecting female employees to a hostile work environment based on sex, and/or religion, and by discharging one or more female employee or constructively discharging one or more female employee.

8.      More specifically, Pacific Hospitality and/or Seasons allowed the same General Manager of both the La Quinta-Federal Way and Best Western Tacoma Dome locations to subject Ms. Watson to a hostile working environment based on her race (African American), and/or sex (pregnancy), when, *inter alia*, he accused her of being a "welfare mother" after learning she was pregnant, he told her she was unfit to raise the child she already had, he said that people of her race lived from paycheck to paycheck, and he suggested that she terminate her pregnancy, which led to her constructive discharge in or about June 2008.  Pacific Hospitality and/or Seasons allowed the same General Manager to subject a similarly situated female to the same harassment starting in or about June 2008 based on her sex, and then constructively discharged her in October 2008 based on her sex (pregnancy) after, *inter alia,* he suggested that she terminate her pregnancy also.

9.      Pacific Hospitality and/or Seasons allowed the same General Manager of both the La Quinta-Federal Way and Best Western Tacoma Dome locations to subject Ms. Miller and a class of similarly situated female employees to a hostile work environment based on their sex and/or religion, when, *inter alia*, he openly commented to them that males were superior to females, that males were born to be leaders, that they were physically unattractive, when he

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

physically intimidated them by saying he could "crush" them, or "slit" their throats, and when he ridiculed their religious beliefs, which culminated in their constructive discharge, or for one similarly situated female, her actual termination.

10. The effect of the practices complained of in paragraph 7-9 above has been to deprive female employees of equal employment opportunities as employees of Pacific Hospitality and/or Seasons because of their sex and/or religion.

11. The unlawful employment practices complained of in paragraphs 7-9 above were intentional.

12. The unlawful employment practices complained of in paragraph 7-9 above were done with malice or with reckless indifference to the federally protected rights of female employees.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining defendants Pacific Hospitality and Seasons and/or its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate on the basis of sex or religion against any individual.

B. Order defendants to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order defendants to make whole female employees by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described

COMPLAINT- Page 5 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

in paragraphs 7-9 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

    D.    Order defendants to make whole female employees by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 7-9 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

    E.    Order defendants to pay female employees punitive damages for its malicious and reckless conduct described in paragraphs 7-9 above, in amounts to be determined at trial.

    F.    Grant such further relief as the Court deems necessary and proper in the public interest.

    G.    Award the Commission its costs of this action.

/ / / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

COMPLAINT- Page 6 of 7

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 30th day of September, 2010.

| | |
|---|---|
| WILLIAM TAMAYO<br>Regional Attorney | P. DAVID LOPEZ<br>General Counsel |
| JOHN STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| DAMIEN A. LEE<br>Senior Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| MOLLY KŰÇŰK<br>Senior Trial Attorney | |

BY:   */s/ William Tamayo*
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| Seattle District Office | Office of the General Counsel |
| 909 First Avenue, Suite 400 | 131 "M" Street NE |
| Seattle, WA  98104-1061 | Washington, D.C. 20507 |
| Telephone (206) 220-6915 | |
| Facsimile (206) 220-6911 | |

Attorneys for Plaintiff

COMPLAINT- Page 7 of 7

EQUAL EMPLOYMENT OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882