The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>PACIFIC HOSPITALITY, LLC d/b/a/ LA QUINTA INN FEDERAL WAY, and SEASONS HOTEL, LLC, d/b/a/ BEST WESTERN TACOMA DOME HOTEL, a Delaware corporation,<br><br>    Defendants. | Case No. 3:10-CV-05715<br><br>ORDER GRANTING MOTION TO INTERVENE |

**IT IS HEREBY ORDERED:**

Plaintiff-Intervenor Dana Miller's Motion to Intervene is GRANTED. Plaintiff-Intervenor shall have leave to file her Complaint, which is attached to the Declaration of Paul S. Bovarnick and filed with its Motion to Intervene.

IT IS SO ORDERED. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

DATED: this 9th day of March, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING MOTION TO INTERVENE

**PAUL S. BOVARNICK, Of Counsel**
**ROSE SENDERS AND BOVARNICK, LLP**
1205 N.W. 25th Avenue
Portland, OR 97210
Telephone (503) 227-2486
Facsimile (503) 226-3131