IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

          Plaintiff,

DANA MILLER,

          Plaintiff Intervenor, and

JANELLE SEVILLA,

          Plaintiff Intervenor,

          v.

PACIFIC HOSPITALITY, LLC, d/b/a LA
QUINTA INN FEDERAL WAY, and
SEASONS HOTEL, LLC, d/b/a BEST
WESTERN TACOMA DOME HOTEL,

          Defendants.

CIVIL ACTION NO. 3:10-CV-05715-BHS

**[PROPOSED] CONSENT DECREE**

## I. <u>INTRODUCTION</u>

1. This action originated when Jennifer Watson and Dana Miller filed charges of

discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC"). Ms.

Watson and Ms. Miller alleged that Defendant Pacific Hospitality, LLC d/b/a La Quinta Inn

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

Federal Way (now d/b/a the "Best Western Evergreen Inn," hereinafter "Pacific Hospitality"), and Defendant Seasons Hotel, LLC, d/b/a Best Western Tacoma Dome Hotel (hereinafter, "Seasons"), subjected Ms. Watson and Ms. Miller to a hostile work environment based on their race, sex and/or pregnancy, and religion and constructively discharged them in violation of Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C. § 2000e et seq.

2. On August 13, 2010 the EEOC issued a Determination finding reasonable cause to believe that Pacific Hospitality and Seasons violated Title VII based on Ms. Watson and Ms. Miller's charges. The EEOC'S Letter of Determination included a finding that similarly situated female employees were also subject to harassment because of their race, sex (female) and/or pregnancy. Thereafter, EEOC attempted to conciliate the charges. However, conciliation was unsuccessful.

3. The EEOC filed this lawsuit on September 30, 2010, in the United States District Court for the Western District of Washington at Tacoma on half of Ms. Watson, Ms. Miller and similarly situated female employees. The EEOC filed a First Amended Complaint on or about December 21, 2011. The Complaint and First Amended Complaint allege, generally, that one or both co-defendants violated Title VII by subjecting Ms. Watson, Ms. Miller and a class of 11 other similarly situated female employees (collectively, the "Class Members")[1] to a hostile work environment based on their race, sex, pregnancy, and/or religion, and discharged them or constructively discharged them. Pacific Hospitality and Seasons denied the allegations of wrongdoing in the Complaint and First Amended Complaint.

---

[1] The Class Members are: Carolyn Beamon, Caroline McIntyre, Janelle Sevilla, Marie Shuffield, Rina McCauley, Ashima Diwan, Maria Godinez, Rachel Gutierrez, Katia Ono, Cassandra Sandwith and Heather Sawyer.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

4. The parties want to conclude fully and finally all claims arising out of the EEOC's Complaint and First Amended Complaint and Ms. Watson and Ms. Miller's charges of discrimination filed with EEOC. By entering into this Consent Decree, Pacific Hospitality and Seasons do not admit, either expressly or impliedly, that they have violated any federal, state or local law, and this Consent Decree shall not be deemed an admission of such. However, they recognize and acknowledge the importance of equal employment opportunity as is set forth in Title VII, and, given the issues raised in this lawsuit, wish to ensure that they do not violate Title VII in the future. The EEOC and Pacific Hospitality and Seasons enter into this Consent Decree to further the objectives of equal employment opportunity as set forth in the Title VII, and to avoid the disruption, costs, delay, risk and expense of further litigation.

JURISDICTION AND VENUE

5. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized pursuant to Sections 706(f) (1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f) (1) and (3), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a. The parties agree that the alleged acts took place within the jurisdiction of the United States District Court for the Western District of Washington.

II. SETTLEMENT SCOPE

6. This Consent Decree is the final and complete resolution of all Title VII allegations of unlawful employment practices contained in Ms. Watson and Ms. Miller's discrimination charge, on behalf of Ms. Watson, Ms. Miller and all similarly situated employees, in the EEOC's administrative determination, and of all claims set forth in the Complaint and First Amended

|PROPOSED| CONSENT DECREE - Page 3 of 30

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882



Complaint filed herein, including all claims by the EEOC and Pacific Hospitality and Seasons for attorney fees and costs. Upon entry of this Consent Decree, all claims in the entire lawsuit shall be dismissed with prejudice and without fees or costs to any party, subject only to enforcement of this Consent Decree.

### III. MONETARY RELIEF

7. In settlement of this lawsuit, Pacific Hospitality shall make payments totaling $161,000 and Seasons shall make payments totaling $ 204,000, for a total of $365,000, to Charging Party Jennifer Watson and the EEOC's Class. The EEOC shall allocate the payments among the Class Members. It is understood that such allocation will include a reasonable amount to back pay, with a separate amount allocated to compensatory damages. The payments shall be sent directly to each Class Member, at addresses provided by the Commission. The payments shall total $20,000 per quarter between Pacific and Seasons, and be made on a quarterly basis, on the 15th day of the month, commencing on September 15, 2012 and continuing every three months thereafter. The payments shall be made for a period of four (4) years, with one balloon payment totaling, between Pacific and Seasons, $45,000 at the end of the four year period. This payment plan shall be secured by a confession of judgment by each co-Defendant for the specific amount listed for each Defendant above, pursuant to the provisions of the confessions of judgment, attached hereto as Exhibit A. In order to receive any of the monetary relief referenced in this paragraph, each Charging Party or Class Member must execute a Release in the form of Exhibit B, and that Release must be provided to counsel for Pacific Hospitality and Seasons.

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

# V. INJUNCTIVE AND OTHER RELIEF

## A. General Provisions

8. Pacific Hospitality and Seasons, its officers, agents, managers, assistant managers and other supervisors are enjoined from engaging in practices which constitute harassment in violation of Title VII based on an employee's race, sex (including pregnancy), religion, and which constitute retaliation in violation of Title VII for an individual engaging in protected EEO activity. In recognition of its obligations under the Title VII, Pacific Hospitality and Seasons shall institute the policies and practices set forth below at all of its facilities in the state of Washington.

## B. Anti-Discrimination Policies and Procedures

9. Within ninety (90) days of the filing of this consent decree, with the assistance of an independent harassment consultant, Defendants will adopt a written equal employment opportunity policy which sets forth the requirements of federal laws against employment discrimination and specifically those provisions which make harassment unlawful and which make it unlawful to retaliate against any current or former employee for opposing any practice made unlawful by Title VII. The harassment consultant will be retained, at Defendants expense, to conduct an internal review and audit of the company's harassment policy and complaint procedure. The harassment consultant will be subject to the prior approval of the EEOC and the policy and complaint procedure to be developed will address, at a minimum, the following statement of "Zero-Tolerance Policy": Best Western Evergreen Inn and Best Western Tacoma Dome are firmly committed to developing and maintaining a zero-tolerance policy concerning

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

discrimination, harassment and retaliation against individuals who report discrimination or harassment in the company's workplace; to swiftly and firmly responding to any acts of discrimination, harassment or retaliation of which the company becomes aware; to implementing a disciplinary system that is designed to strongly deter future acts of discrimination, harassment or retaliation; to eradicating any vestiges of a work environment that is hostile to individuals based on their protected status; and to actively monitoring its workplace in order to ensure tolerance, respect and dignity for all people.

10. In order to effectuate the objectives embodied in Defendants' Zero-Tolerance Policy and this Decree Defendants shall develop and maintain policies, procedures and practices that contain the following elements.

a. Discrimination and Harassment Policy. Defendants shall implement a discrimination and harassment policy, as necessary, in order to:

i. provide clear definitions and examples of prohibited discrimination, sex, race, religion, and pregnancy-based harassment, and retaliation;

ii. provide for substantial and progressive discipline for incidents of discrimination, harassment, and/or retaliation;

iii. provide that complaints of discrimination, harassment and/or retaliation will be accepted by Defendants in writing and orally with the understanding that Defendants may follow up in writing to memorialize any complaint;

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

iv.  provide a timetable for reporting a complaint, for commencing an

investigation after a complaint is made or received and for remedial action

to be taken upon conclusion of an investigation; and

v.  indicate that, promptly upon the conclusion of its investigation of a

complaint, Defendants will communicate to the complaining party the

results of the investigation and the remedial actions taken or proposed, if

any.

b.  Complaint Procedures.

i.  Defendants shall institute a complaint procedure designed to encourage

employees to come forward with complaints about violations of its

discrimination, harassment and retaliation policy.  As part of this policy,

Defendants shall provide their employees with convenient, confidential

and reliable mechanisms for reporting incidents of discrimination,

harassment and retaliation.  Included within this mechanism shall be an

avenue for complaints higher than the general manager of the hotels.

Defendants shall designate at least two upper management employees

charged with investigating such issues, as persons who may be contacted,

and their names, responsibilities, work locations and telephone numbers

shall be routinely and continuously posted.  Also as part of its procedure,

Defendants shall keep a Complaint Box in a place at both hotels where

employees tend to gather and which is not in the managerial area of

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

Defendants' offices. The upper management employees designated by Defendants as charged with investigating complaints of discrimination will gather the complaints from the Complaint Box.

ii. Defendants shall enable complaining parties to be interviewed by Defendants about their complaints in such a manner that permits the complaining party, at such party's election, to remain inconspicuous to all of the employees in such party's work area. Defendants' complaint procedure shall not impose upon individuals seeking to make a complaint alleging discrimination, harassment and/or retaliation any requirements that are more burdensome than are imposed upon individuals who make other complaints of comparable gravity.

iii. Defendants shall ensure that their policies and procedures provide that complaint handling and disciplinary procedures regarding all complaints of discrimination, harassment and/or retaliation are investigated and addressed promptly. Specifically, Defendants shall make their best effort to investigate all complaints of discrimination, harassment and/or retaliation promptly and to begin investigations within one (1) week and finish as soon thereafter as is reasonably practical under the circumstances. Defendants will further make their best effort to prepare their written findings of the results of each investigation and the remedial actions proposed within one (1) week after completion of the

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

investigation, and shall thereupon promptly communicate to the complaining party the results of the investigation and the remedial actions taken or proposed, if any. If the investigation is the result of an anonymous complaint filed in the complaint box, Defendants will only be obligated to notify affected parties, to the extent they are known, of the result of the investigation and remedial actions taken or proposed, if any.

iv. Defendants shall make best efforts to ensure that appropriate remedial actions are taken to resolve complaints and to avoid the occurrence of further incidents of discrimination, harassment and/or retaliation. Defendants further shall revise their progressive discipline policy to provide for appropriate discipline including, but not limited to, suspensions without pay, demotion or termination, as possible consequences for violations of its discrimination, harassment and retaliation policies.

c. Policies Designed To Promote Supervisor Accountability.

i. Defendants shall impose discipline designed to stop any unlawful behavior, up to and including suspension without pay, demotion or termination upon any employee, including supervisors or managers, who engages in discrimination, harassment or permit any such conduct to occur in his or her work area or among employees under his or her supervision, or who retaliates against any person who complains or participates in any

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

investigation or proceeding concerning any such conduct. Defendants shall communicate this policy to all of their employees.

ii. Defendants shall advise all managers and supervisors of their duty to actively monitor their work areas to ensure employees' compliance with the companies' discrimination and harassment policies, and to report any incidents and/or complaints of discrimination, harassment and/or retaliation of which they become aware to the designated employees charged with handling such complaints.

iii. Defendants shall, in evaluating the performance and determining compensation of managers and supervisors, take into account how supervisors and managers handle equal employment opportunity ("EEO") issues, and to link such evaluations to any supervisor or management promotion and/or salary/bonus decisions.

iv. Defendants shall include "commitment to equal employment opportunity" as a criterion for qualification for supervisory or management positions.

v. General Manager Syed Ahmed's employment with both Defendants shall be permanently terminated within seven (7) days of the date of entrance of this Consent Decree.

  d. Training.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

i.  Defendants shall provide mandatory annual discrimination, harassment and retaliation training to its Owners who play a role in on-site management, General Manager, Front Desk Managers, Sales Managers, Operations Managers, Controller, Executive Housekeeper and Executive Chef.  In addition, Defendants shall provide mandatory discrimination, harassment and retaliation training to all new employees via video during employee orientation.  Defendants shall also provide training to all persons charged with the handling of complaints of discrimination, harassment and/or retaliation in the workplace, including the techniques for investigating and stopping it.  The first session of this training must take place within ninety (90) days of the signing of this decree.

iii.  All training required by this Decree shall be conducted by experienced discrimination and harassment educators and/or consultants, although it may be provided via video as is set forth above.  All training outlined in this Decree shall begin with an initial assessment conducted by the educators and/or consultants and may include a broad assessment of Defendants function as it interplays with the training issues outlined above.  Defendants understand that this assessment may result in policy or training recommendations beyond those required by this Decree, and that Defendants shall be responsible for all costs associated with any assessment or training growing out of this Decree.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

D. Employee Records and Neutral Employment Reference

11. Pacific Hospitality and Seasons shall purge the personnel files of Ms. Watson, Ms. Miller and each Class Member so that they have no reference to any charge or allegation of discrimination against Pacific Hospitality and Seasons and this lawsuit. Pacific Hospitality and Seasons shall not disclose any information or make reference to any charge of discrimination or this lawsuit in responding to requests for information about Ms. Miller, Ms. Watson or any other Class Member. Defendants shall provide a neutral job reference for all inquiries, containing the dates of employment and the position(s) held.

E. Reinstatement

12. Defendants shall reinstate Class Members Carolyn Beamon-Williams and Cassandra Sandwith as servers with all the accompanying benefits and privileges within thirty (30) days of the filing of this consent decree. Thereafter, Defendants will then ensure that Class Members Beamon-Williams and Sandwith are not subjected to discrimination or retaliation for their participation in this lawsuit.

F. Reporting

13. Pacific Hospitality and Seasons shall report to the EEOC for a period of four (4) years. The reports shall be in writing and submitted on an annual basis during the four -year reporting period. The reporting period will run from the date of the entry of this Consent Decree, and shall include the following information:

a. Certification of the completion of training and list of attendees set forth in Paragraph 11 above, and a list of all attendees including job titles.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

b. Certification that its EEO policy has been given to all current and newly hired employees as described in Paragraph 10 above.

c. A copy of its EEO policy and a list of any changes, modifications, revocations or revisions to EEO policies and procedures if any, which concern or affect the subject of harassment, discrimination and retaliation; and

d. A summary of all harassment, discrimination and retaliation complaints at Defendants, if any, by employees (including those made through the Complaint box), identified by name, and the resolution of each complaint. Defendants must identify the complaining party by name, the alleged discriminator/harasser/retaliator by name, give a description of the complaint and indication what actions, if any, the company has taken on the complaint and the time frame when the actions were taken.

G. Posting

14. Pacific Hospitality and Seasons shall post a Notice, attached as Exhibit A to this Consent Decree. The Notice shall be posted on a centrally located bulletin board at Pacific Hospitality and Seasons' hotels for the duration of the Consent Decree.

## VI. ENFORCEMENT

15. If the EEOC determines that Pacific Hospitality and Seasons have not complied with the terms of this Consent Decree, the EEOC shall provide written notification with a detailed description of the alleged breach to Pacific Hospitality and Seasons. The EEOC shall not petition the Court for enforcement of this Consent Decree for at least twenty (20) days after providing written notification of the alleged breach. The 20-day period following the written notice shall be

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

used by the EEOC and Pacific Hospitality and Seasons for good faith efforts to resolve the dispute.

## VII. RETENTION OF JURISDICTION

16. The United States District Court for the District of Washington at Tacoma shall retain jurisdiction over this matter for the duration of this Consent Decree.

## VIII. DURATION AND TERMINATION

17. This Consent Decree shall be in effect for four (4) years from the date of entry of the Decree. If the EEOC petitions the Court for breach of this Consent Decree, and the Court finds The Company to be in violation of the terms of the Consent Decree, the Court may extend the duration of this Consent Decree.

Respectfully submitted this *15th* day of June, 2012.

By: _____

William R. Tamayo
U.S. Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260
Telephone: (415) 625-5645
Fax: (415) 625-5609
Molly B. Powell
U.S. Equal Employment Opportunity Commission
Seattle Field Office
909 First Ave, Suite 400
Seattle, WA 91804
Tel: (206) 220-6892

[PROPOSED] CONSENT DECREE - Page 14 of 30

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

Fax: (206) 220-6911
Molly.Powell@EEOC.gov

Attorneys for Plaintiff EEOC

By: _____

James Fowler, Esq.
One Union Square
600 University Street, Suite 2424
Seattle, Washington 98101-1192
Telephone: (206) 464-0404
Facsimile: (206) 464-0484
jfowler@vjgseattle.com

Attorney for the Defendants

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
                                   )
                       Plaintiff, )
v. )
                                     )
PACIFIC HOSPITALITY, LLC, d/b/a LA )
QUINTA INN FEDERAL WAY and )
SEASONS HOTEL, LLC, d/b/a BEST )
WESTERN TACOMA DOME HOTEL, )
                                     )
                     Defendants. )
_____ )
                                     )
DANA MILLER, )
                                     )
                       Plaintiff, )
v. )
                                     )
PACIFIC HOSPITALITY, LLC, et al., )
                                     )
                     Defendants. )
_____ )
                                     )
JANELLE SEVILLA, )
                                     )
                       Plaintiff, )
v. )
                                     )
PACIFIC HOSPITALITY, LLC, et al., )
                                     )
                     Defendants. )

No. 3:10-cv-05715-BHS

CONFESSION OF JUDGMENT

**JUDGMENT SUMMARY**

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

| | |
|---|---|
| Judgment Creditor: | EEOC |
| Attorney for Judgment Creditor: | Molly Powell<br>900 First Ave, Suite 400<br>Seattle, WA 98104 |
| Judgment Debtor: | Seasons Hotels, LLC |
| Principal Judgment Amount: | $204,000 |
| Attorneys' Fees: | N/A |
| Costs: | N/A |
| Total Judgment Amount: | $204,000 |
| Interest: | This judgment shall bear interest at the rate of interest applicable to federal court judgments on and after the time of entry of this judgment |

## CONFESSION OF JUDGMENT

State of Washington    )
                        ) ss:
County of King            )

Badru Sayani, being first duly sworn under oath, deposes and states:

1.    I, Badru Sayani, am the Managing Member of Seasons Hotels, LLC ("Seasons"). I make this Declaration based upon personal knowledge and am authorized to enter into this Confession of Judgment on behalf of Seasons.

2.    This action originated when Jennifer Watson and Dana Miller filed charges of discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC"). Ms. Watson and Ms. Miller alleged that Defendant Pacific Hospitality, LLC d/b/a La Quinta Inn Federal Way (now d/b/a the "Best Western Evergreen Inn," hereinafter "Pacific Hospitality"),

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

and Defendant Seasons Hotel, LLC, d/b/a Best Western Tacoma Dome Hotel (hereinafter, "Seasons"), subjected Ms. Watson and Ms. Miller to a hostile work environment based on their race, sex and/or pregnancy, and religion and constructively discharged them in violation of Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C. § 2000e et seq.

3.     On August 13, 2010 the EEOC issued a Determination finding reasonable cause to believe that Pacific Hospitality and Seasons violated Title VII based on Ms. Watson and Ms. Miller's charges. The EEOC'S Letter of Determination included a finding that similarly situated female employees were also subject to harassment because of their race, sex (female) and/or pregnancy. Thereafter, EEOC attempted to conciliate the charges. However, conciliation was unsuccessful.

4.     The EEOC filed this lawsuit on September 30, 2010, in the United States District Court for the Western District of Washington at Tacoma on half of Ms. Watson, Ms. Miller and similarly situated female employees. The EEOC filed a First Amended Complaint on or about December 21, 2011. The Complaint and First Amended Complaint allege, generally, that one or both co-defendants violated Title VII by subjecting Ms. Watson, Ms. Miller and a class of similarly situated female employees (collectively, the "Class Members") to a hostile work environment based on their race, sex, pregnancy, and/or religion, and discharged them or constructively discharged them. Pacific Hospitality and Seasons filed an Answer that denied the allegations of wrongdoing in the Complaint and First Amended Complaint.

5.     On or about June 11, 2012, Seasons entered into a Consent Decree in the above-entitled case to resolve all disputes in that case. Pursuant to the Consent Decree, Seasons agreed to pay the amounts set forth in paragraph 7 of the Consent Decree.

6.     As part of the Consent Decree, Seasons agreed to execute this Confession of Judgment in order to secure the timely payment of the amounts referenced in paragraph 2 above.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

By execution of this Confession of Judgment, Seasons authorizes the entry of this judgment for the following amount on the following conditions:

    a.   Amount:  $204,000 less all payments made by Seasons to the EEOC pursuant to the Consent Decree;

    b.   Conditions:  This Judgment shall not be filed or executed upon until and unless the following conditions have been met:

        i.   Seasons has failed to make a timely payment required by the Consent Decree, and failed to cure the lack of payment within 20 days after receipt of written notice of default by the EEOC; and

        ii.   an authorized representative of the EEOC files a sworn declaration testifying to the amount owed and testifying that the above conditions have been met.

_____
Badru Sayani, Managing Member, Seasons Hotels, LLC

SUBSCRIBED AND SWORN TO BEFORE ME this *12th* day of *June*, 2012.

LORRAINE LOFTON
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
MAY 25, 2016

_____
Notary Public in and for the State of Washington residing at *Seattle*
My commission expires: *5/25/16*

## ORDER AND JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.    EEOC is hereby awarded judgment against Seasons Hospitality, LLC in the principal amount of $_____;

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

2.    Interest shall accrue on the outstanding judgment amount at the rate of interest applicable to federal court judgments on and after the time of entry of this Judgment;

3.    The Clerk is directed to enter this Judgment in the records of the Court forthwith.

DONE IN OPEN COURT this _____ day of _____, 20___.


_____
JUDGE/COURT COMMISSIONER

Presented by:
EEOC

By_____


Approved for entry, copy received,
Notice of presentation waived:

By_____
    James C. Fowler, WSBA #15560
    Attorney for Seasons Hotels, LLC

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | No. 3:10-cv-05715-BHS |
| Plaintiff, | ) ) | |
| v. | ) | CONFESSION OF JUDGMENT |
| PACIFIC HOSPITALITY, LLC, d/b/a LA QUINTA INN FEDERAL WAY and SEASONS HOTEL, LLC, d/b/a BEST WESTERN TACOMA DOME HOTEL, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| DANA MILLER, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | |
| PACIFIC HOSPITALITY, LLC, et al., | ) ) | |
| Defendants. | ) ) | |
| JANELLE SEVILLA, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | |
| PACIFIC HOSPITALITY, LLC, et al., | ) ) | |
| Defendants. | ) ) | |

## JUDGMENT SUMMARY

Judgment Creditor:                    EEOC

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

| Attorney for Judgment Creditor: | Molly Powell |
| | 900 First Ave, Suite 400 |
| | Seattle, WA 98104 |
| | |
| Judgment Debtor: | Pacific Hospitality, LLC |
| Principal Judgment Amount: | $161,000 |
| Attorneys' Fees: | N/A |
| Costs: | N/A |
| Total Judgment Amount: | $161,000 |
| Interest: | This judgment shall bear interest at the rate of interest applicable to federal court judgments on and after the time of entry of this judgment |

## CONFESSION OF JUDGMENT

State of Washington )
) ss:
County of King )

Nizar Sayani, being first duly sworn under oath, deposes and states:

7.    I, Nizar Sayani, am the Managing Member of Pacific Hospitality, LLC ("Pacific").  I make this Declaration based upon personal knowledge and am authorized to enter into this Confession of Judgment on behalf of Pacific.

8.    This action originated when Jennifer Watson and Dana Miller filed charges of discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC").  Ms. Watson and Ms. Miller alleged that Defendant Pacific Hospitality, LLC d/b/a La Quinta Inn Federal Way (now d/b/a the "Best Western Evergreen Inn," hereinafter "Pacific Hospitality"), and Defendant Seasons Hotel, LLC, d/b/a Best Western Tacoma Dome Hotel (hereinafter,

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

"Seasons"), subjected Ms. Watson and Ms. Miller to a hostile work environment based on their race, sex and/or pregnancy, and religion and constructively discharged them in violation of Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), 42 U.S.C. § 2000e et seq.

9.      On August 13, 2010 the EEOC issued a Determination finding reasonable cause to believe that Pacific Hospitality and Seasons violated Title VII based on Ms. Watson and Ms. Miller's charges. The EEOC'S Letter of Determination included a finding that similarly situated female employees were also subject to harassment because of their race, sex (female) and/or pregnancy. Thereafter, EEOC attempted to conciliate the charges. However, conciliation was unsuccessful.

10.      The EEOC filed this lawsuit on September 30, 2010, in the United States District Court for the Western District of Washington at Tacoma on half of Ms. Watson, Ms. Miller and similarly situated female employees. The EEOC filed a First Amended Complaint on or about December 21, 2011. The Complaint and First Amended Complaint allege, generally, that one or both co-defendants violated Title VII by subjecting Ms. Watson, Ms. Miller and a class of similarly situated female employees (collectively, the "Class Members") to a hostile work environment based on their race, sex, pregnancy, and/or religion, and discharged them or constructively discharged them. Pacific Hospitality and Seasons filed an Answer which denied the allegations of wrongdoing in the Complaint and First Amended Complaint.

11.      On or about June 11, 2012, Pacific entered into a Consent Decree in the above-entitled case to resolve all disputes in that case. Pursuant to the Consent Decree, Pacific agreed to pay the amounts set forth in paragraph 7 of the Consent Decree.

**[PROPOSED] CONSENT DECREE** - Page 23 of 30

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD (206) 220-6882

12.     As part of the Consent Decree, Pacific agreed to execute this Confession of Judgment in order to secure the timely payment of the amounts referenced in paragraph 5 above. By execution of this Confession of Judgment, Pacific authorizes the entry of this judgment for the following amount on the following conditions:

   a.  Amount:  $161,000 less all payments made by Pacific to the EEOC pursuant to the Consent Decree;

   b.  Conditions:  This Judgment shall not be filed or executed upon until and unless the following conditions have been met:

      i.  Pacific has failed to make a timely payment required by the Consent Decree, and failed to cure the lack of payment within 20 days after receipt of written notice of default by the EEOC; and

      ii.  an authorized representative of the EEOC files a sworn declaration testifying to the amount owed and testifying that the above conditions have been met.

_____
Nizar Sayani, Managing Member, Pacific Hospitality, LLC

SUBSCRIBED AND SWORN TO BEFORE ME this *12th* day of *June*, 2012.

```
,~~~~~~~~~~~~~~~~~~~~,
   LORRAINE LOFTON
   NOTARY PUBLIC
   STATE OF WASHINGTON
   COMMISSION EXPIRES
   MAY 25, 2016
`~~~~~~~~~~~~~~~~~~~~`
```

*Lorraine Lofton*
_____
Notary Public in and for the State of Washington residing at  *Seattle*
My commission expires:  *5/25/16*

## ORDER AND JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

1.     EEOC is hereby awarded judgment against Pacific Hospitality, LLC in the principal amount of $_____;

2.     Interest shall accrue on the outstanding judgment amount at the rate of interest applicable to federal court judgments on and after the time of entry of this Judgment;

3.     The Clerk is directed to enter this Judgment in the records of the Court forthwith.

DONE IN OPEN COURT this _____ day of _____, 20__.

_____
JUDGE/COURT COMMISSIONER

Presented by:
EEOC

By_____

Approved for entry, copy received,
Notice of presentation waived:

By_____
    James C. Fowler, WSBA #15560
    Attorney for Pacific Hospitality, LLC

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

# RELEASE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, _____ hereby voluntarily releases and forever discharges Pacific Hospitality LLC, d/b/a La Quinta Inn Federal Way ("Pacific"), and Seasons Hotel, LLC, d/b/a Best Western Tacoma Dome Hotel ("Seasons"), and their officers, directors, employees, agents, subsidiaries, affiliates, parents, predecessors, successors and assigns, from liability for claims of unlawful employment practices, discharge, constructive discharge, physical and/or verbal harassment, and hostile work environment and deprivation of equal employment opportunities based on sex, pregnancy, race, or religion in connection with her employment at Pacific and/or Seasons or their predecessors, as asserted by the Equal Employment Opportunity Commission on her behalf under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 in United States District Court for the Western District of Washington, Cause No. 3:10-CV-05715.

DATED _____

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882



## NOTICE TO EMPLOYEES

This notice has been posted pursuant to an Order of the Court, entered on _____, approving the Consent Decree entered in resolution of a lawsuit brought by the U.S. Equal Employment Opportunity Commission (EEOC) against Pacific Hospitality, LLC and Seasons Hotel in the United States District Court for the Western District of Washington. The Consent Decree resolves EEOC's claims of discrimination, harassment and retaliation brought against the company and enjoins them from certain conduct prohibited by law.

Federal law and the Consent Decree prohibit discrimination against any individual because of his or her sex (including pregnancy), race and religion including harassment on these bases.

Federal law also prohibits retaliation against any individual by an employer because the individual complains of discrimination, cooperates with any company or Government Investigation of a charge of discrimination, participates as a witness or potential witness in any investigation or legal proceeding, or otherwise exercises his or her rights under the law.

Any employee who is found to have retaliated against any other employee because such employee participated in this lawsuit will be subject to substantial discipline up to and including immediate discharge.

Should you have any complaints of discrimination or harassment, you should contact _____ at _____.

Employees also have the right to bring complaints of discrimination or harassment to the U.S. Equal Employment Opportunity Commission, Seattle District Office at 909 1st Avenue, Suite 400, Seattle, WA 98104-1061, 206.220.6883, 1800.669.4000, or the Washington State Human Rights Commission at 711 S. Capitol Way, Suite 402, Olympia, WA 98504-2490, 360.753.6770.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

*This notice shall remain prominently posted at all facilities until June 2016. This Official Notice shall not be altered, defaced, covered or obstructed by any other material*

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

# [PROPOSED] **ORDER APPROVING CONSENT DECREE**

The Court, having considered the foregoing stipulated agreement of the parties,

HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final

decree of this Court in full settlement of this action.  This lawsuit is hereby dismissed with

prejudice and without costs or attorneys' fees.  The Court retains jurisdiction of this matter for

purposes of enforcing the Consent Decree approved herein.


DATED this __ day of June, 2012.


_____

United States District Court Judge


Presented by:

THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

BY: _____
     MOLLY B. POWELL
     Attorneys for Plaintiff
     Equal Employment Opportunity Commission
     Seattle Field Office
     909 First Avenue, Ste. 400
     Seattle, WA 98104

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

# CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2012, I electronically filed the forgoing "[PROPOSED]

CONSENT DECREE" with the Clerk of the court using the CM/ECF system which will send

notification of such filing to the following:


JAMES C. FOWLER
VANDENBERG JOHNSON & GANDARA, LLP
ONE UNION SQUARE, SUITE 2424
600 UNIVERSITY STREET
SEATTLE, WA 98101-1192
jfowler@vjgseattle.com
Tel: (206) 386-5904
Fax: (206) 464-0404


Paul S. Bovarnick
ROSE, SENDERS and BOVARNICK, LLP
1205 NW 25th Avenue
Portland, OR 97210
PBovarnick@rsblaw.net
Tel: (503) 227-2486


DATED this 15th day of June, 2012.


/s/Molly B. Powell
MOLLY B. POWELL
Senior Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITYCOMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882