# ORDER APPROVING CONSENT DECREE

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

DATED this 3rd day of July, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge


Presented by:

THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

BY: __Damien A. Lee, for_____
     MOLLY B. POWELL
     Attorneys for Plaintiff
     Equal Employment Opportunity Commission
     Seattle Field Office
     909 First Avenue, Ste. 400
     Seattle, WA 98104

[PROPOSED] ORDER APPROVING CONSENT DECREE
EEOC v. PACIFIC HOSPITALITY, LLC, et al.
3:10-CV-05715-BHS
Page 1 of 1

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882